COMMONWEALTH of Pennsylvania, Respondent

v.

John Franklin WRIGHT, Jr., Petitioner

No. 584 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

794

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.